IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02456-BNB

MUSTAPHA D.R. TORAIN, #464762,

    Plaintiff,

v.

MITCHELL R. MORRISSEY, Reg. No. 13784,
TIM GOSS, #05118, and
SASSETTI,

    Defendants.

## ORDER OF ADMINISTRATIVE CLOSURE

    On September 5, 2013, Plaintiff submitted to the Court a Prisoner Complaint and a civil action was commenced. *See* 13-cv-02420-BNB. The Plaintiff was ordered to cure certain deficiencies by order filed on September 6, 2013.

    On September 9, 2013, Plaintiff submitted to the Court another Prisoner Complaint (ECF No. 1) asserting the same or substantially similar claims against the same Defendants along with a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3) and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action (ECF No. 4). The documents submitted on September 9 did not include a case number, and a new civil action was opened.

    It appears that the documents submitted to the Court on September 9, 2013, and initiating this case should have been filed in 13-cv-02420-BNB. Consequently, the Clerk

of the Court will be directed to file those documents in 13-cv-02420-BNB. The instant action will be closed. Accordingly, it is

ORDERED that the instant action shall be closed administratively. It is

FURTHER ORDERED that the clerk of the Court file the Prisoner Complaint (ECF No. 1), the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3), and the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action (ECF No. 4) in 13-cv-02420-BNB.

DATED at Denver, Colorado, this 10th day of October, 2013.

BY THE COURT:

s/Christine M. Arguello
CHRISTINE M. ARGUELLO
United States District Judge, for
LEWIS T. BABCOCK, Senior Judge
United States District Court